**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THOMAS WOOD,

    Plaintiff,                                                                     Case No.: 1:26-cv-00402

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | XILIANG |
| 2 | xianyujiushangmao |
| 3 | QueYueMaoYi |
| 4 | qiuxuhuyang |
| 5 | ganzhoujianyudianzishangwuyouxiangongsi |
| 6 | xuesongchengzhe |
| 7 | LiuGuoHuaj |
| 8 | WeiLi36 |
| 9 | zhongxiangshilüjinzhukejiyouxiangongsi |
| 10 | HanRuiZaiShengZiYuan |
| 11 | wuzhifeidexiaodian |
| 12 | 义乌市使羯商贸有限公司 |
| 13 | wuhanchenhaomaoyiyouxiangongsi |
| 14 | guyunhaokeji |
| 15 | 归心精品商店 |
| 16 | anqingrongzhongshangmaoshanghang(gerenduzi) |
| 17 | nanxindege |
| 18 | xixianxinquqinhanxinchengzhengaojiabaihuodian |
| 19 | letingpengxiangjiashengmaoyiyouxianzerengongsi |
| 20 | KangLiTao014 |
| 21 | youxiandunyuriyongpinyouxiangongsi |
| 22 | RuiSenSuJiaoZhiPin |

| 23 | yonggexuexiudian |
|----|------------------|
| 24 | sunxiaohongbaihuo |
| 25 | Fdrone |
| 26 | LSBAO |
| 27 | METAXAS |
| 28 | Shimigy |
| 29 | ★★★★★Gaogao(7-10days)✈✈✈✈ |
| 30 | AOADMN |
| 31 | JUNFENP |
| 32 | Ohdfe |
| 33 | YueTogiveLi |
| 34 | zhijiangshiwaishanshangmaoyouxiangongsi |
| 35 | 102rdcfg |
| 36 | ChongQingXiangShuiYuanShengTaiNongYe |
| 37 | FanZhiYue |
| 38 | Roszwtit Mat |
| 39 | JingYingWangLuoKeJiZhongXin |
| 40 | FORLAND |
| 41 | Madasi |
| 42 | chengdujinkunbaozhuangcailiaoyouxiangongsi |
| 43 | MANH TOAN CORONA |
| 44 | SupaDiya |
| 45 | xiangchengshisuokanshangmaoyouxiangongsi |
| 46 | YIYIXIANG |
| 47 | LIxingDq |
| 48 | ngzhoulinbiaoshangmaoyo |
| 49 | GAOSHeng |
| 50 | Sweety Life |
| 51 | Waysle N |
| 52 | Garden Wall Art Outdoors Shop |
| 53 | Top Tin Painting |
| 54 | LOLUNSS |
| 55 | The Home of Genuine Products |
| 56 | YJPoilpainting |
| 57 | DPDD |
| 58 | gdjnfyy |
| 59 | Quality Hanging Painting |
| 60 | asdfe |

| | |
|---|---|
| 61 | Yoc |
| 62 | Jason Decorating |
| 63 | Llchemo |
| 64 | NKNA |
| 65 | TinTales Gallery |
| 66 | CAC blanket |
| 67 | koi JUAKuuuh |
| 68 | LXMAA |
| 69 | Rc Craze House |
| 70 | Sc Diamond Painting |
| 71 | XCGONGYI |
| 72 | Zhiyuan Ltd |
| 73 | My Creative Home |
| 74 | HGDFGY |
| 75 | JuYuan Ltd |
| 76 | WanLin E Commerce |
| 77 | XinYiHaoAA |
| 78 | Child Jiang |
| 79 | diycondb |
| 80 | rongde trade |
| 81 | hoppy Decoration |
| 82 | TWSM |
| 83 | DPP Carpet |
| 84 | Home Furnishings CC |
| 85 | Sapphire Sky DIY |
| 86 | xiongjinying |
| 87 | WarmWrap Shop |
| 88 | Idea wall art |
| 89 | Art Works Museum AAA |
| 90 | ElegantCanvas Art AA |
| 91 | Metal Wall Gallery |
| 92 | Artful Livingg |
| 93 | Vidi Horiens |
| 94 | Painted Perfections |
| 95 | HANGFACAI |
| 96 | Universal Art |
| 97 | QiuArtPainting |
| 98 | HolidayCCGarden |

| 99  | AA BLFeng |
|-----|-----------|
| 100 | Hearth Art |
| 101 | Urban Metal Decor |
| 102 | CCOING |
| 103 | Metal Sketch Gallery |
| 104 | Narinan shop |
| 105 | tranger |
| 106 | Heritage Sign Studio |
| 107 | TinPalette Studio |
| 108 | Laiyue Home Textile |
| 109 | SOURIANT |
| 110 | DreamHomeB |
| 111 | Classic Metal Signs |
| 112 | GXGE |
| 113 | GING WALL ART |
| 114 | Academic Search Shop |
| 115 | ABaiSheng Drqw |
| 116 | Core core wall art |
| 117 | Large earth wall art |
| 118 | Small into canvas poster |
| 119 | Dacheng poster |
| 120 | Avatar Decorate |
| 121 | GRACE B |
| 122 | Decorative painting fashion living room |
| 123 | Pingdingshan Penglong Trading Co Ltd |
| 124 | benjiashangmao |
| 125 | Zhizhentang Business |
| 126 | fucishangmao |
| 127 | S Y Decorative painting monopoly |
| 128 | ChenMin WALL ART |
| 129 | Jwallart |
| 130 | HAHA Poster |
| 131 | FAMEOPROSHOP local |
| 132 | DFQE |
| 133 | Kiss Goodbye |
| 134 | Dream HomeO |